UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and GREG YARBROUGH, Revenue Officer,<br><br>    Petitioners,<br><br>    v.<br><br>JASON ESTAVILLO,<br><br>    Respondent.<br>_____/ | No. C12-0438 EMC<br><br>**ORDER TO SHOW CAUSE** |

    Petitioners have filed a verified petition, asking the Court to enforce the IRS summons served on Respondent Jason Estavillo. Having review the petition, this Court hereby orders Mr. Estavillo to show cause why the IRS summons should not be enforced.

    Petitioners shall serve a copy of this order to show cause, along with the verified petition, on Mr. Jason Estavillo no later than March 20, 2012. Service shall comply with Federal Rule of Civil Procedure 4. Mr. Estavillo shall have until April 12, 2012, to file a response to this order to show cause.

    The parties shall appear before the Court for a hearing on this matter on April 27, 2012 at 1:30 p.m., Courtroom 5, 17th Floor, Federal Building, 450 Golden Gave Avenue, San Francisco, CA 94102.

    IT IS SO ORDERED.

Dated: March 8, 2012

_____
EDWARD M. CHEN
United States District Judge