UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, *et al.*,

        Petitioners,

    v.

JASON ESTAVILLO,

        Respondent.
_____/

No. C-12-0438 EMC

**JUDGMENT IN A CIVIL CASE**

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. **IT IS SO ORDERED AND ADJUDGED** pursuant to the **ORDER GRANTING PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS** filed on April 30, 2012, Judgment is entered in favor of Petitioners. The Clerk of the Court is directed to close the file in this case.

Dated: April 30, 2012

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
    Betty Lee
    Courtroom Deputy