UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, *et al.*,   No. C-12-0438 EMC

        Petitioners,

   v.   **JUDGMENT IN A CIVIL CASE**

JASON ESTAVILLO,

        Respondent.

_____/

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. **IT IS SO ORDERED AND ADJUDGED** pursuant to the **ORDER GRANTING PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS** filed on April 30, 2012, Judgment is entered in favor of Petitioners. The Clerk of the Court is directed to close the file in this case.

Dated: April 30, 2012

                                    FOR THE COURT,
                                    Richard W. Wieking, Clerk

by: _____
     Betty Lee
     Courtroom Deputy